

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

John Richard Hampton,                    * From the 29th District Court
                                           of Palo Pinto County
                                           Trial Court No. 16404.

Vs. No. 11-18-00167-CR                   * April 4, 2019

The State of Texas,                      * Per Curiam Memorandum Opinion
                                           (Panel consists of: Bailey, C.J.,
                                           Stretcher, J., and Wright, S.C.J., sitting
                                           by assignment)
                                           (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.